# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH QUINTERO,<br><br>    Plaintiff,<br><br>  vs.<br><br>USA DISCOUNTERS CREDIT, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC; and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No.: 13-CV-01225-BTM-BLM<br><br><br><br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS DEFENDANT TRANS UNION LLC** |

PURSUANT TO STIPULATION (Docket No. 15), it is **ORDERED** that all claims of Plaintiff ELIZABETH QUINTERO against Defendant TRANS UNION LLC are dismissed with prejudice. Plaintiff ELIZABETH QUINTERO and Defendant TRANS UNION, LLC shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: October 7, 2013

_____
Hon. Barry Ted Moskowitz
Chief Judge
United States District Court,
Southern District of California