G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
ELIZABETH QUINTERO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH QUINTERO,<br><br>Plaintiff,<br><br>vs.<br><br>USA DISCOUNTERS CREDIT, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: 13-CV-1225-BTM (WVG)<br><br>NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, USA DISCOUNTERS CREDIT, LLC ONLY |

**PLEASE TAKE NOTICE** that Plaintiff, ELIZABETH QUINTERO has settled this matter with Defendant, USA DISCOUNTERS CREDIT, LLC, only.

RESPECTFULLY SUBMITTED,

DATED:  November 11, 2013     **PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff

- 1 -