G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
ELIZABETH QUINTERO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH QUINTERO,<br><br>      Plaintiff,<br><br>   vs.<br><br>USA DISCOUNTERS CREDIT, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC; and DOES 1 to 20, inclusive,<br><br>      Defendants. | Case No.: 13-CV-1225-BTM (WVG)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

Pursuant to FRCP 41a(1), Plaintiff, ELIZABETH QUINTERO, by and through her attorneys, hereby voluntarily dismisses the above-entitled case with prejudice as to Defendant, EQUIFAX INFORMATION SERVICES LLC.

                              RESPECTFULLY SUBMITTED,

DATED: March 6, 2014          PRICE LAW GROUP APC

                              By: /s/ G. Thomas Martin, III
                                  G. Thomas Martin, III
                                  Attorney for Plaintiff

- 1 -

NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT EQUIFAX

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, EQUIFAX INFORMATION SERVICES LLC, at the address stated below, and deposited said envelope in the United States mail.

EQUIFAX INFORMATION SERVICES LLC
1550 Peachtree Street, Northeast
Atlanta, Georgia 30309

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III