# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH QUINTERO<br><br>　　　　Plaintiff,<br><br>vs.<br><br>USA DISCOUNTERS CREDIT, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC; and DOES 1 to 20, inclusive.<br><br>　　　　Defendant. | Case No.: 13-CV-01225-BTM-WVG<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　For good cause appearing in their JOINT MOTION (Doc. 23), IT IS **ORDERED** that all claims of Plaintiff ELIZABETH QUINTERO, against Defendant EXPERIAN INFORMATION SERVICES, INC. are **DISMISSED WITH PREJUDICE**.  Plaintiff ELIZABETH QUINTERO and Defendant EXPERIAN INFORMATION SERVICES, INC. shall each bear their own costs and attorneys' fees.

　　**IT IS SO ORDERED.**

Date: March 6, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　Chief United States District Judge